NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000880
20-FEB-2013
08:36 AM

NO. CAAP-12-0000880

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
ROBERT SMITH, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 12-1-0015)

ORDER GRANTING APPELLANT STATE OF HAWAI'I'S
FEBRUARY 7, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed on February 7, 2013, by Plaintiff-Appellant State of Hawai'i, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaii, February 20, 2013.

Chief Judge

Associate Judge

Associate Judge